## SAYRE *v.* SMITH *et al.*

Where there are no assignment of errors, the appeal will be dismissed.

APPEAL from the County Court of Yuba County.

*W. P. Wilkins* for Appellant.

*L. F. Aud,* for Respondent.

TERRY, C. J., at the April Term, 1858, delivered the opinion of the Court—BURNETT, J., concurring.

Appeal dismissed for want of assignment of errors.